## Klevan v. Borock et ux., Appellants.

Argued September 13, 1967. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS, and HOFF-MAN, JJ. (SPAULDING, J., absent).

*David Weinstein,* with him *Weinstein & Bobrin,* for appellants.

*Marvin H. Levin,* for appellee.

OPINION BY WRIGHT, J., November 16, 1967:

This appeal is a companion to that in *Hyman v. Borock,* 211 Pa. Superior Ct. 126, 235 A. 2d 621, and is governed by our opinion in the *Hyman* case.

Judgment reversed with a venire.